AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DANY OTONIEL CUMES, on behalf of himself, and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>SHAM 525, INC. dba DAR 525, located at 525 Grand Street, Brooklyn, New York 11211; DAR 168, Inc., dba DAR 525, located at 168 Driggs Avenue, Brooklyn, New York 11222, and JOUHAN DAOUD, and MESSAOUD OUECHTATI, individually,<br><br>*Defendant(s)* | Civil Action No. 22 CV 1656   RPK-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
SHAM 525, INC. dba DAR 525,  
525 Grand Street  
Brooklyn, New York 11211  

DAR 168, Inc., dba DAR 525  
168 Driggs Avenue  
Brooklyn, New York 11222  

Jouhan Daoud  
525 Grand Street  
Brooklyn, New York 11211  

Messaoud Ouechtati  
168 Driggs Avenue  
Brooklyn, New York 11222  

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC  
200 Park Avenue - 17th Floor  
New York, New York 10166  

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna Mahoney  
*CLERK OF COURT*

Date: 3/25/2022

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*